UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IQ PRODUCTS COMPANY, CSA LIMITED, INC., §<br>§<br>*Plaintiffs*, §<br>§<br>v. §<br>§<br>WD-40 COMPANY, §<br>§<br>*Defendant*. § | CIVIL ACTION H-12-1652 |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated December 19, 2012 (Dkt. 61), the objections, and the response to the objections, the court is of the opinion that the Memorandum and Recommendation be adopted by this court. Therefore, it is ORDERED that the Memorandum and Recommendation (Dkt. 61) is hereby ADOPTED by the court. Defendant's amended motion to compel arbitration (Dkt. 20) is GRANTED. This case is STAYED pending the arbitrator's decision, and all pending motion are DENIED without prejudice to reurge if any of the case is to be resolved in this forum. Accordingly, this case is ADMINISTRATIVELY CLOSED unless and until the parties notify the court that the arbitrator has determined that the court is the appropriate forum for any of the case.

It is so ORDERED.

Signed at Houston, Texas on January 10, 2013.

_____
Gray H. Miller
United States District Judge